IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMELIA TRAWICK,<br>BOP Reg # 65201-019,<br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION NO.<br>1:13-CR-0340-SCJ-JSA-05<br><br>CIVIL ACTION NO.<br>1:16-CV-4452-SCJ-JSA |

## **ORDER**

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Justin S. Anand [Doc. No. 230], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, Movant's § 2255 motion [Doc. No. 216] is **DENIED**. It is further **ORDERED** that a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**, this 25th day of April, 2017.

                                              s/Steve C. Jones
                                              STEVE C. JONES
                                              UNITED STATES DISTRICT JUDGE